Parker Stanbury LLC
arcus Bastida, Melanie Butler, Georgann Carman, Hans W. Chen, Matthew W. Davis Gregory T. Fong, Aaron G. Freeman Kristoffer M. Garrison
jessegrahamla@gmail.com
3680 Wilshire Blvd
P-04 STE 1092
Los Angeles CA 90010 Tel: (323) 323-0548
Attorney for Plaintiff
New Day Worldwide Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| New Day Worldwide Inc. Plaintiff, V. TAYLOR SWIFT, an individual and Universal Music Publishing, a California Corporation Big machine Label a limited liability corporation And Kobalt Music Publishing Defendants. | Case No. 2:19-cv-09948-AB-SS New Day Worldwide inc VS Taylor Swift Request for entry of default final judgment and opposition of Motion to dismiss for improper service 55 (b) (2) Date: June 23, 2020 Courtroom of the Honorable Judge Andre Birotte Jr United States District Judge |

The Standbary and Parker LLC on behalf of New Day Worldwide plaintiff move this court for entry of a default judgment as to defendant Taylor Swift an individual and Universal Music Publishing a California corporation and Big Machine records. and Kobalt Music Publishing Group a corporation upon the complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule 55 (b) (2), Federal Rules of civil procedure, and in support thereof shows the Court the following.

1. ON November 20, 2019, Jesse Craham filed in the United States District Court Central Distric of California, Western Division, a complaint alleging Copyright infringement practices by defendants in violation of 17 U.S. Code Title 17— COPYRIGHTS 106A(a). A Copy of said complaint is attached hereto as Exhibit 1 and is incorporated herein by reference. .

2. On May 5, 2020, a copy of said complaint and a summons in a civil action were served upon N Aquilar, an Executive Universal Music a California corporation at Universal Music Offices 2220 Colorado Ave Santa Monica CA 90404 and also served T Mcdaniels an executive at Big Machine group 1219-16th ave South Nashville, TN 37212, -Served Taylor Swift 155 Franklin ST #PH 65/PH6N New York, New York 1001.
A copy of the process receipt and return and summons is attached herto as exhibit 2 and is incorporated herein by reference.

3. On June 1, 2020, after more than twenty one days excluding the birthday of Martin Luther King Jr., had elapsed since the service of said complaint and summons upon defendant, and no answer thereto having been served by defendant Universal music and Big Machine Records respectively. upon Jesse Craham no response to said summons and complaint have been received by Jesse Craham or the court.
*(a) Defendant Taylor Swift Responded after the close of business 6/1/2020@5:45PM pacific time Stamped entry Exhibit 3 is incorporated herein ref
*(b) Taylor Swift has failed to plead or otherwise defend this action, .
*(c) Taylor Swift did not include proposed order pursuant to local Rule 52-4.1

4. Defendant Universal Music and Big Machine Records respectably has failed to plead or otherwise defend this action, and Jesse Craham is entitled judgment by default against Defendant. (s)

5. Pursuant to the proviions of Rule 55(b) (2), Federal Rules of Civil procedure, this court is empowered to enter a default judgment against the defendant for relief sought by plaintiff in its complaint, and written notice of this action has been given to defendant as set fourth in the attached copies of signature from defendants.
Lastly Kobalt Music Publishing also has failed to answer and have not responded

## Prayer

Wherefore, plaintiff prays that this court enter a judgment of default against defendant, and that defendant be enjoined and restrained from violating sectin 1 of the Sherman Act, 15u.s.c $1, as provided in the proposed final judgment filed contemporaneously with this request.

Jesse Graham does hereby certify that the statements and allegations set forth in the foregoing request the accompanying memorandum are true and accurate to the best of our knowledge and belief.

Respectfully submitted

New Day Worldwide
3680 Wilshire BLVD P-04 Ste 1092
Los Angeles CA 90010

.



i

USPS TRACKING #

9590 9402 5707 9346 8024 07

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

New Day Worldwide Inc
3680 Wilshire Blvd
P-04 Suite #1092
Los Angeles, CA 90010

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

M24949

---

USPS TRACKING #

9590 9402 5707 9346 8024 69

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

New Day Worldwide Inc
P-04 Suite #1092
3680 Wilshire Blvd
Los Angeles, CA 90010

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

M24845

702

---

9590 9402 5707 9346 8024 74

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

New Day Worldwide Inc
3680 Wilshire Blvd
P-04 Suite 1092
Los Angeles, CA 90010

M24892